# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

JER'XAVIER LANE

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS

NO.  2026 CW 0054

**MAY 18, 2026**

---

In Re:   Jer'Xavier Lane, applying for supervisory writs, 19th
         Judicial District Court, Parish of East Baton Rouge, No.
         766282.

---

**BEFORE:   McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT GRANTED WITH ORDER.**  The Commissioner issued a Screening
Report in this matter on November 4, 2025.  The district court is
ordered to proceed toward disposition of this matter on or before
August 16, 2026, if it has not already done so.

                         **PMc**
                         **HG**
                         **TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT